NO. 07-10-00479-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
JULY 26, 2011
--------------------------------------------------------------------------------

 
 CHRIS ALLEN MCLAIN, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 242ND DISTRICT COURT OF HALE COUNTY;
 
 NO. A18122-0908; HONORABLE EDWARD LEE SELF, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 ON MOTION TO DISMISS
Appellant, Chris Allen McLain, filed Notice of Appeal to appeal a judgment of conviction for the offense of possession of a controlled substance entered after revocation of appellant's community supervision, and sentence of four years' incarceration. Appellant's appointed counsel filed an Anders brief and motion to withdraw. However, appellant has now filed a motion to dismiss his appeal.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue.

 Mackey K. Hancock
 Justice

Do not publish.